UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| **ISAAC WESTBURY,** | : | |
| **AARON JAMES, and** | : | |
| **ROBERT WESTBURY,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER TO SEAL

Having considered the Government's Motion to Seal Criminal Indictment, Arrest Warrants, and Supporting Paperwork, in the above-captioned cases, and for good cause stated therein, the Court makes the following:

### FINDINGS OF FACT

1. Fed. R. Cr. P. 6(e)(4) permits the sealing of an indictment for any legitimate prosecutorial reason.

2. Sealing the Criminal Indictment (the "Indictment") and the Arrest Warrants, and any relevant docket entries in the above-captioned matter will further the legitimate prosecutorial interest in locating and obtaining custody of defendants Isaac Westbury, Aaron James and Robert Westbury.

3. The public docketing at this time of the Indictment, the Arrest Warrants, and relevant docket entries, the Government's Motion to Seal, and this Order, could compromise the

government's ability effectively to obtain custody of the defendant and his appearance before the court.

4.      Accordingly, under Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Indictment, the Arrest Warrants, the relevant docket entries, the Government's Motion to Seal, and this Order to Seal.

Based on the foregoing Findings of Fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED, that the Clerk of the Court seal in this matter, the Indictment, the Arrest Warrants, and any relevant document entries, except that the United States Government may disclose the existence and/or contents of the Indictment, the Arrest Warrants, and any relevant document entries in the above-captioned matter to appropriate law enforcement or other personnel, both in the United States and internationally, to the extent that such disclosure is in furtherance of efforts to obtain custody of or to detain defendants Isaac Westbury, Aaron James and Robert Westbury.

It is FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment, and the Arrest Warrants in this case, the filing of the Government's Motion to Seal, and the Order granting such motion, until further order of the Court.

It is FURTHER ORDERED that the Government's Motion to Seal and this Order be sealed until further order of the Court.

It is FURTHER ORDERED that the Indictment, the Arrest Warrants, any relevant document entries, and this Order shall be unsealed upon oral motion of the Government to this Court or to any Court where the defendant is first presented.

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office three (3) certified copies of the Indictment, the Arrest Warrants, any relevant docket entries, and this Order once they are filed.

Date: _____

_____
ZIA FARUQUI
UNITED STATES MAGISTRATE JUDGE

cc: Frederick Yette
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Room 11-443
Washington, D.C. 20530