AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ISAAC WESTBURY<br>AARON JAMES<br>ROBERT WESTBURY<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-cr-00605
Assigned to: Judge Contreras, Rudolph
Assign Date: 9/29/2021
Description: INDICTMENT (B)
Related Case No: 21-cr-00371 (RC)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Aaron James                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Civil Disorder (18 U.S.C. § 231(a)(3)), Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon(18 U.S.C. § 111(a)(1) and (b)), Entering and Remaining in a Restricted  Building or Grounds with a Deadly or Dangerous Weapon (18 U.S.C. § 1752(a)(1) and (b)(1)(A)), Disorderly and Disruptive Conduct in a  Restricted Building or Grounds with a Deadly or Dangerous Weapon (18 U.S.C. § 1752(a)(2) and (b)(1)(A)), Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon(18 U.S.C. § 1752(a)(4) and (b)(1)(A)), Disorderly Conduct in a Capitol Building(40 U.S.C. § 5104(e)(2)(D)), Act of Physical Violence in the Capitol Grounds or Buildings (40 U.S.C. § 5104(e)(2)(F)), Parading, Demonstrating, or Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G)).

Zia M. Faruqui
2021.09.29 18:11:36 -04'00'

Date:   09/29/2021                                      _____
                                                                *Issuing officer's signature*

City and state:     Washington, D.C.                    United States Magistrate Judge Zia M. Faruqui
                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 09/29/21 , and the person was arrested on *(date)* 10/4/21<br>at *(city and state)* Lindstrom, MN .<br><br>Date: 10/4/21                                      _____<br>                                                                *Arresting officer's signature*<br><br>                                                                Lauren A. Anderson, Special FBI Agent<br>                                                                *Printed name and title* |