UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 1:21-CR-605-RC |
| **ISAAC WESTBURY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Jordan A. Konig. Trial Attorney Jordan A. Konig will be substituting for Assistant United States Attorney Fredrick Walton Yette.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Texas Bar No. 24055791
Trial Attorney, U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55
Washington, D.C.  20044
202-305-7917 (v)
202-514-5238 (f)
Jordan.A.Konig@usdoj.gov

## CERTIFICATE OF SERVICE

On this 27th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Trial Attorney, U.S. Department of Justice