UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO.: 1:21-cr-00605-002 (RC) |
| : | |
| AARON JAMES : | |
| _____ : | |

## MOTION TO WITHDRAW

Peter Cooper, appointed counsel for Aaron James, respectfully requests leave of the Court to withdraw as counsel for Mr James. In support, counsel states:

1. Counsel was appointed for the defendant on 12 October 2021 under the Criminal Justice Act.

2. On 26 October, 2021, retained counsel entered his appearance in this matter (ECF 19).

Wherefore, counsel respectfully request that this Motion to Withdraw be granted.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Aaron James

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Motion To Withdraw is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 29th day of October, 2021.

                                        /s/ *Peter A. Cooper*
                                        _____
                                        Peter A. Cooper