UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-371-RC |
| JONAH WESTBURY | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-605-RC |
| | : | |
| ISAAC WESTBURY, | : | |
| AARON JAMES, and | : | |
| ROBERT WESTBURY, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Before the Court is the United States' Motion for a Rule 44 Inquiry. For the reasons set forth therein, it is hereby

**ORDERED** that _____ is appointed as a conflict attorney to determine whether Mr. Pierce's representation of defendants Jonah Westbury, Isaac Westbury, Aaron James, and Robert Westbury creates a conflict between any of them and Mr. Pierce and, if so, whether the conflict can be waived by the co-defendants.

It is **FURTHER ORDERED** that _____ is authorized to have direct communication with defendants Jonah Westbury, Isaac Westbury, Aaron James, and Robert Westbury, who are represented parties, regarding matters in which they are represented to determine whether a conflict exists between any codefendant and his counsel. _____ shall file a status report to the Court by

_____, 2022, proposing a schedule to complete the conflicts evaluation and to prepare a written report and recommendation to the Court.

DATE:

                                                       _____
                                                       HON. RUDOLPH CONTRERAS
                                                       United States District Judge