**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-371 (RC) |
| JONAH WESTBURY, | : | |
| | : | |
| Defendant. | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-605 (RC) |
| ISAAC WESTBURY, | : | |
| AARON JAMES, and | : | |
| ROBERT WESTBURY, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF REPORT AND RECOMMENDATION IN
_UNITED STATES v. LESPERANCE_**

The United States of America hereby provides notice that a redacted version of Conflicts Counsel's Report and Recommendation Regarding Single Attorney Representing Three Co-Defendants in the Same Case has been entered on the docket of *United States v. Lesperance*, No. 1:21-cr-00575 (EGS) (ECF No. 18).  A copy of that Report is attached as Exhibit 1.

                                                 Respectfully submitted,

                                                 MATTHEW M. GRAVES
                                                 UNITED STATES ATTORNEY

                                                 */s/ Jordan A. Konig*
                                                 JORDAN A. KONIG
                                                 Trial Attorney, U.S. Department of Justice
                                                 Detailed to the U.S. Attorney's Office
                                                 For the District of Columbia
                                                 P.O. Box 55
                                                 Washington, D.C.  20044
                                                 202-305-7917 (v) / 202-514-5238 (f)
                                                 Jordan.A.Konig@usdoj.gov