# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 1:21-cr-605 (RC) |
| : | |
| ISAAC WESTBURY, : | |
| AARON JAMES, and : | |
| ROBERT WESTBURY, : | |
| : | |
| Defendants.  : | |

## ORDER

Before the Court is a Joint Motion to Continue. For the reasons set forth therein, it is hereby ORDERED that the current status hearing set for March 31, 2022 be continued to May 18, 2022 at 1:00 p.m.; and it is further,

ORDERED that the time between March 31, 2022 and May 18, 2022 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

DATE:

_____
RUDOLPH CONTRERAS
United States District Judge

1