# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-605 |
| **ISAAC WESTBURY, et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher M. Cook is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

DATED: April 14, 2022      By:   /s/ CHRISTOPHER M. COOK
CHRISTOPHER M. COOK
Assistant United States Attorney
KS Bar No. 23860
555 4th Street, N.W., Room 4116
Washington, D.C. 20530
Phone: (202) 894-7566
Email: christopher.cook5@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 14th day of April 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ CHRISTOPHER M. COOK*
CHRISTOPHER M. COOK
Assistant United States Attorney