UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-371 (RC) |
| JONAH WESTBURY, | : | |
| | : | |
| Defendant. | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 1:21-cr-605 (RC) |
| | : | |
| ISAAC WESTBURY, | : | |
| AARON JAMES, and | | |
| ROBERT WESTBURY, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF REPORT AND RECOMMENDATION IN
## *UNITED STATES v. RAE*

The United States of America hereby provides notice that a redacted version of the Conflict Attorney's Report and Recommendation Regarding Single Attorney Representing Three Co-Defendants in the Same Case has been entered on the docket of *United States v. Rae*, No. 1:21-cr-00378 (TJK) (ECF No. 88). A copy of that Report is attached as Exhibit 1.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Trial Attorney, U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55
Washington, D.C. 20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov