**Pre-Trial Supervision**

**Brian James**
To: aaron.james███████; isaacwestbur███████; westbur███████
Bcc: Keala Ede

Wed 10/6/2021 3:49 PM

ⓘ You replied to this message on 10/6/2021 4:05 PM.

Good Afternoon –
You should have all received emails with the documents we discussed on the phone.  Please review and sign, feel free to call me with any questions.  Since we were not able to sit in person today to discuss some of these issues, I did want to highlight a few points.  It is noted, this does not cover ALL conditions as noted in the order that was forwarded to you.

Firearm/Destructive Device/Weapon –
I am under the understanding that only Aaron still has possession of a weapon.  Aaron, please feel out the form that was sent to you and provide me the contact information for the Custodian (the person who is taking it).  To everyone, there should be no weapons at your residence.  Let me know if there is any confusion or you need further clarification.

Drug Testing (UAs) –
In line with our policy and the current order, you will be required to submit routine random drug tests.  I included the instructions sheet for how this will be completed.  Again, please call with questions and speak with your attorney either here or at your next Court Date 10/12/21 in D.C. if you disagree with this directive.

Passports –
Let me know when you can stop by to drop them off.  It sounded like Friday worked, please plan to arrive between 7a-330p.

Masks –
If you have a medical condition that prevents you from wearing a mask, please provide as soon as possible a doctor's note which clearly states you should not be required to wear a mask.  If there is a different objection to wearing masks please outline in detail.

Feel free to call my cell phone with any questions ███████ if you could let me know if/when you get or change phone numbers it would be greatly appreciated.

Thank You,

Brian James
U.S. Probation and Pretrial Services
District of Minnesota