Clarification of PTS Conditions

**Brian James**
To
Bcc: jonah█████  isaacwestbur█████  westbury█████  aaron.james█████

Reply | Reply All | Forward

Wed 10/20/2021 11:43 AM

Good Morning -

Thank you all for meeting with me today and being willing to discuss the issues that arose today.  I do feel it is necessary to provide formal notification of the following.  The conditions of release include that you are not to have possession of any firearms, weapons, or destructive devices.  While some I understand you may have questions regarding specific items, and whether they qualify as a weapon, I would ask you request clarification for any items in question.  I will clarify that the following items need to be removed from the home within **24 hours** of this message:

-Knives with blades over 6 inches
-Other knives should be properly stored and serve a purpose other than as a weapon
-Ammunition
-Bows and/or arrows
-Other bladed weapons
-pellet guns
-any firearm, gun or other device that is intended to launch a projectile for similar purposes as a firearm
-any explosive (fireworks, bombs, etc...)

Thank you and let me know if you have any further questions.  I do request that you acknowledge receipt of this message in lieu of scheduling an in person meeting to review.

Thanks,

Brian James
U.S. Probation and Pretrial Services
District of Minnesota