# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-605-(02) (RC) |
| | : | |
| AARON JAMES, | : | Re Document No.: 62 |
| | : | |
| Defendant. | : | |

## ORDER

It is hereby **ORDERED** that the Federal Public Defender's Office shall appoint counsel for the limited purpose of representing defendant Aaron James in connection with the government's Motion to Revoke Release Order (ECF No. 62).

**SO ORDERED**.

Dated: August 15, 2022                                            RUDOLPH CONTRERAS
                                                                 United States District Judge