UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Crim. No. 21 - 605 - 02 (RC) |
| ) | |
| ) | |
| AARON JAMES ) | |
| ) | |

LIMITED NOTICE OF APPEARANCE

Please note the limited appearance of undersigned counsel for defendant Aaron James, pursuant to the Court's Order (ECF No. 68) for the appointment of counsel for the limited purpose of representing the defendant in connection with the government's Motion to Revoke Release Order (ECF No. 62).

Respectfully submitted,

/s/
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Aaron James

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel and defense counsel of record  this    1st    day of September,  2022.

/s/
Howard B. Katzoff