UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00605 |
| | ) | |
| **ISAAC WESTBURY, et al.** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00371 |
| | ) | |
| **JONAH WESTBURY.** | ) | |
| | ) | |
| Defendant | ) | |

**MOTION TO WITHDRAW APPEARANCE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw his appearance as counsel as to Isaac Jonah and Robert Westbury and Aaron James for the following reasons:

1. John M. Pierce is taking over as primary counsel.
2. Mr. Pierce has been co-counsel for the entirety of the case, so no undue delay shall be caused.

WHEREFORE, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter.

Dated: March 13, 2023          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*