**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **V.** | **:** | **Case No.: 21-CR-605** |
| | **:** | |
| **WESTBURY et. al** | | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Christopher Cook, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    /s/ *Christopher Cook*
Christopher Cook
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Kansas Bar No. 23860
601 D Street, N.W.
Washington, D.C. 20530
Phone: 412-894-7566
Email: Christopher.cook@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 28th day of April, 2023, a copy of the foregoing was served upon all parties listed

on the Electronic Case Filing (ECF) System.


By:    /s/ *Christopher Cook*
        Christopher Cook
        Assistant United States Attorney