**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action Nos.: 21-0605 (RC), |
| | : | 21-0371 (RC) |
| ISAAC WESTBURY, | : | |
| AARON JAMES, and | : | |
| ROBERT WESTBURY, | : | Re Document Nos.:  43, 40 |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING UNITED STATES' AMENDED UNOPPOSED MOTION FOR JOINDER

Before the Court is the United States' Amended Unopposed Motion for Joinder (No. 1:21-cr-605-RC, ECF No. 43) & (No. 1:21-cr-371-RC, ECF No. 40).  For the reasons set forth therein, it is hereby **ORDERED** that *United States v. Westbury*, No. 1:21-cr-605-RC and *United States v. Westbury*, No. 1:21-cr-375-RC are joined as related criminal actions pursuant to Federal Rule of Criminal Procedure 13.

**SO ORDERED**.

Dated:  6/9/2023

RUDOLPH CONTRERAS
United States District Judge