UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 21-cr-605 (RC) |
| v. | : | |
| | : | |
| **ISAAC WESTBURY, et al.,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Andrew Haag is entering his appearance as substitute counsel for AUSA Jordan Konig in the above-captioned matter.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            United States Attorney
                                            D.C. Bar No. 481052

By:   */s/ Andrew Haag*
        Andrew Haag
        Assistant United States Attorney
        MA Bar No. 705425
        601 D Street NW, Washington, DC 20530

## **CERTIFICATE OF SERVICE**

On this 15th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Andrew Haag*
Andrew Haag
Assistant United States Attorney