# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No.: 21-605-2 (RC) |
| | : | |
| AARON JAMES, | : | |
| | : | |
| Defendant. | : | |

## ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE

On October 12, 2021, the Court issued an order setting the conditions of Defendant Aaron James's release. *See* ECF No. 16. On October 20, 2023, the Pretrial Services Agency for the District of Columbia ("PSA") filed a report updating the Court on Defendant's compliance with the conditions set forth in that order. As relevant here, the PSA report details two incidents in which Defendant has been involved in the past four months, and requests that Defendant be removed from the PSA Supervision program. *See* ECF No. 104 at 2. In the alternative, PSA requests that the conditions of Defendant's release be modified. *See id.* Specifically, PSA requests that Defendant be prohibited from consuming alcohol while on release, and that he be required to submit to testing for alcohol and other prohibited substances. *See id.* At a hearing on October 23, 2023, Defendant objected to the imposition of a total prohibition on his consumption of alcohol. However, he did not object to a modification of the conditions of his release that would prohibit him from consuming alcohol in excess. Nor did he object to PSA's request that he be required to undergo periodic testing for alcohol.

Accordingly, it is hereby **ORDERED** that the Order Setting Conditions of Release (ECF No. 16) is modified as follows:

Defendant shall be prohibited from consuming alcohol in excess. Furthermore, Defendant shall submit to testing for alcohol, as well as other prohibited substances, if required

to do so by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, or any form of prohibited substance screening or testing.  Defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

The other conditions set forth in the Order Setting Conditions of Release (ECF No. 16) shall remain in place.

**SO ORDERED.**

Dated:  October 23, 2023                                                                RUDOLPH CONTRERAS
                                                                                                           United States District Judge