UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case No.: 1:21-cr-605 (RC) |
| ISAAC WESTBURY,<br>AARON JAMES,<br>ROBERT WESTBURY, and<br>JONAH WESTBURY. | § § § | |

## **MOTION FOR CONTINUANCE OF TRIAL**

Defendants, by and through undersigned counsel, Anthony Sabatini, Esq., file a Motion for Continuance of Trial, and state:

1. Defendant's Counsel requests a continuance of the Trial, currently set for November 18, 2024, and requests a **60 day continuance**.

2. Defendant's Counsel serves as an Officer in the Florida Army National Guard and was activated to service by Governor DeSantis on October 6, 2024 at 1p.m., in response to Hurricane Milton. **See Exhibit A.** He is still in full time active service. Previously in September, he was called into active service for 10 days to assist in response to Hurricane Helene. **See Exhibit B.** Defendant's Counsel is still currently tasked to duty and is expected to be in service for several more weeks.

3. Due to these military orders, Defendant's Counsel additional time for preparation for trial.

4. This motion is made in good faith and not for the purpose of delay.

5. Defendants waives speedy trial during this time.

WHEREFORE; Defendant respectfully requests that this Court enter an Order granting

1

this Motion to Continue.

DATED: October 15, 2024.

>Respectfully submitted.
>
>/s/ ANTHONY F. SABATINI
>FL Bar No. 1018163
>anthony@sabatinilegal.com
>SABATINI LAW FIRM, P.A.
>411 N DONNELLY ST, STE #313
>MOUNT DORA, FL 32757
>T: (352)-455-2928
>*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

>*/s/ Anthony F. Sabatini*
>*FL Bar No. 1018163*

**STATE OF FLORIDA**
**DEPARTMENT OF MILITARY AFFAIRS**
Office of the Adjutant General
St. Francis Barracks, P.O. Box 1008
St. Augustine, Florida 32085-1008

10/06/2024

STATE ACTIVE DUTY ORDER - OPERATION / Hurricane Milton

By Authority of The Governor of Florida and confirmed as follows: Article IV, Section 1(a), Florida Constitution, Chapter 252, Florida Statutes, the Adjutant General of Florida is authorized to call to State Duty such individuals as deemed nessesary to assist local and state law enforcement authorities in civil and humanitarian operation within the State of Florida

The following individual is ordered to perform duty:
SABATINI ANTHONY FRANK, XXX-XX-1981, CPT
HHC 83RD TC, Florida

Authority: Section 250.06 Fla Statues and Executive Orders State of Florida, Office of the Governor, and Verbal Orders of the Adjutant General, Florida
Upon termination of duty, Soldier is qualified for award of the State Active Duty Ribbon.

Operation: Hurricane Milton
Period: 10/06/2024 through indefinite
Purpose: Assist local and state law enforcement authorities during operation Hurricane Milton

Additional Instructions: Upon termination of duty, Soldier is qualified for award of the State Active Duty Ribbon.

Format: 801

DISTRIBUTION:                          /S/
1 - Individual                         CHRISTOPHER R. BUCKLEY
1 - MPRJ                               COL, LG, FLARNG
1 - State Pers                         DIRECTOR, G-1
1 - POT&MS
1 - State Comptroller

STATE OF FLORIDA
DEPARTMENT OF MILITARY AFFAIRS
Office of the Adjutant General
St. Francis Barracks, P.O. Box 1008
St. Augustine, Florida 32085-1008

EX. B

09/26/2024

STATE ACTIVE DUTY ORDER - OPERATION / Hurricane Helene

By Authority of The Governor of Florida and confirmed as follows: Article IV, Section 1(a), Florida Constitution, Chapter 252, Florida Statutes, the Adjutant General of Florida is authorized to call to State Duty such individuals as deemed nessesary to assist local and state law enforcement authorities in civil and humanitarian operation within the State of Florida

The following individual is ordered to perform duty:
SABATINI ANTHONY FRANK, XXX-XX-1981, CPT
HEADQUARTERS, Florida

Authority: Section 250.06 Fla Statues and Executive Orders State of Florida, Office of the Governor, and Verbal Orders of the Adjutant General, Florida
Upon termination of duty, Soldier is qualified for award of the State Active Duty Ribbon.

Operation: Hurricane Helene
Period: 09/25/2024 through indefinite
Purpose: Assist local and state law enforcement authorities during operation Hurricane Helene

Additional Instructions: Upon termination of duty, Soldier is qualified for award of the State Active Duty Ribbon.

Format: 801

DISTRIBUTION:
1 - Individual
1 - MPRJ
1 - State Pers
1 - POT&MS
1 - State Comptroller

/S/
CHRISTOPHER R. BUCKLEY
COL, LG, FLARNG
DIRECTOR, G-1