**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-605 (RC) |
| : | |
| **ISAAC WESTBURY, et al.,** : | |
| : | |
| **Defendants.** : | |

**GOVERNMENT'S RESPONSE TO
DEFENDANTS' MOTION TO CONTINUE TRIAL**

Now comes the United States, by and through its attorney, the United States Attorney for the District of Columbia, to respectfully state that the government does not oppose the defendants' motion to continue the jury trial, which is currently scheduled for November 18, 2024. ECF No. 178 ("Def. Mot.").

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney

By:    */s/ Cytheria D. Jernigan*
        Cytheria D. Jernigan
        DC Bar No. 494742
        Assistant U.S. Attorney, WDLA
        Detailed to the U.S. Attorney's Office
        for the District of Columbia
        601 D Street NW, Washington, DC 20530
        (318) 676-3611 (v)
        (318) 676-3663 (f)
        Cytheria.Jernigan@usdoj.gov

        */s/Andrew Haag*
        Andrew S. Haag
        Assistant U.S. Attorney
        MA Bar No. 705425
        601 D Street NW, Washington, DC 20530
        (202) 252-7755
        Andrew.Haag@usdoj.gov